CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
*in propria persona*
CARLWSOJ@GMAIL.COM
+1 936 937 2688

FILED
AUG 01 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIF.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CARL A. WESCOTT,

    Plaintiff,

vs.

SUSIE YEE;

Civil Action No. 22-CV-02682-JD

**NOTICE OF DISMISSAL**

Plaintiff Carl A. Wescott, proceeding *pro se,* hereby dismisses Defendant Ms. Susie Yee without prejudice from this action.

RESPECTFULLY SUBMITTED; signed on July 26th, 2022

                                  CARL A. WESCOTT, *pro se*

**NOTICE OF DISMISSAL**