CW Priole vin le la ewde
Scottsdale, AZ 85258

RECEIVED
AUG 01 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of Court
USDC - no. CA.
450 Golden Gate Avenue
16th Floor
SAN FRANCISCO, CA 94102